FILED
2015 Dec-23 PM 01:09
U.S. DISTRICT COURT
N.D. OF ALABAMA




**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

ALEXANDRE FEDOSEYEV
106 Mandolin Dr.
Madison, Alabama 35758

Plaintiff

v.

CFD RESEARCH CORPORATION
701 McMillian Way NW
Huntsville, Alabama 35806

Serve: Ashok K. Singhad
Registered Agent
4001 Lucerne Drive
Huntsville, AL 35802

Defendant

Civil Case No.: CV 15-HGD-2321-NE

**VERIFIED COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Plaintiff Alexandre Fedoseyev, by his undersigned counsel, brings his Verified Complaint for Copyright Infringement against Defendant CFD Research Corporation, by which Plaintiff seeks damages, injunctive relief and other relief for Defendant's infringement of his copyrighted computer software program CNSPACK.

**I. JURISDICTION AND VENUE**

1. Plaintiff Alexandre Fedoseyev brings this action for copyright infringement pursuant to the United States Copyright Act of 1976, 17 U.S.C. § 101, et seq. This Court has original and exclusive jurisdiction over Plaintiff's Complaint pursuant to the provisions of 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction over Plaintiff's non-copyright claims, which arise from the same facts and are so related to the claims for copyright infringement as to form part of the same case or controversy, pursuant to 28 U.S.C. § 1367(a).

2. Defendant conducts business from its offices in the Huntsville, Alabama metropolitan area. Accordingly, this Court has personal jurisdiction over Defendant.

3. The Defendant named herein is found in this judicial district, and is subject to this Court's jurisdiction. Actions about which Plaintiff is complaining occurred in this judicial district, and records of these actions and witnesses to the occurrences giving rise to his complaint are found, inter alia, in this judicial district. Accordingly, venue is proper in this judicial district with respect to Plaintiff's Complaint under the provisions of 28 U.S.C. §§ 1391(b) and 1400.

## II. PARTIES

4. Plaintiff Alexandre Fedoseyev ("Dr. Fedoseyev") is a citizen of the United States who resides at the address shown in the caption of this Complaint. Dr. Fedoseyev was born and educated in Russia, and received his doctorate degree in mathematics and physics from the Institute for Problems in Mechanics of the Russia Academy of Science in Moscow, in 1981. His principal area of research and studies was plasma, gas and fluid dynamics. He emigrated to the United States in 1992 and for 10 years was employed as a research scientist at the University of Alabama in Huntsville; and from 2001 through early 2015 was employed as a Sr. Principal Engineer by Defendant CFD Research Corporation in Huntsville. Dr. Fedoseyev is the author of many scholarly publications in the fields of hydro-dynamics, electro-magnetics and semi-conductors. He has authored several computer software programs that offer effective and efficient means for solving high-level mathematical problems that have utility and value for businesses engaged in aerospace and semiconductor engineering.

5. Defendant CFD Research Corporation ("CFD") is engaged in research and development projects funded by government agencies and commercial customers and in the business of providing engineering services to develop and commercialize products for

government use and for consumers in the private sector. CFD is incorporated in Alabama and operates from facilities in Huntsville, Alabama at the address shown in the caption of this Complaint.

## III. FACTS

6. Dr. Fedoseyev is a leading expert in the development and use of computer systems to solve mathematical and engineering problems concerning fluid dynamics and electro-magnetics relating to the design and production of materials useful for a wide range of applications, including in the aerospace and electronics industries. Over a period of more than 20 years he has created a computer software program that helps to solve such problems with great speed and efficiency, which he named CNSPACK, an acronym standing for Compact Non-symmetric Solver Package. Dr. Fedoseyev completed the development of CNSPACK in essentially its present form in 2000. He has over the years, since commencing work on his development of CNSPACK, asserted his ownership of copyright in CNSPACK. In August 2015 he submitted an application to register his copyright with the U.S. Copyright Office, which issued Registration No. TXu-955-006 to Dr. Fedoseyev for CNSPACK with an effective registration date of August 14, 2015. A copy of the Certificate of Registration for CNSPACK issued to Dr. Fedoseyev is attached hereto as Exhibit 1.

7. Since having created CNSPACK Dr. Fedoseyev has authorized others, on a non-exclusive basis, to use or grant sublicenses to use CNSPACK in their business operations, and his licensees have paid substantial license fees for the right to use CNSPACK under the terms of those licenses. Since creating CNSPACK Dr. Fedoseyev has never sold or assigned his title or ownership of CNSPACK to any third party, but has himself retained exclusive rights to authorize licenses for use of CNSPACK.

8. Dr. Fedoseyev was hired by CFD as a Principal Engineer in 2001, and worked in that or in similar capacities for CFD until early 2015. His employment was governed by a variety of agreements he entered with CFD concerning compensation and employment benefits, his obligations with respect to intellectual property he would create during the course of his employment, and non-competition obligations that would survive the termination of his employment. CFD was at all times relevant to Dr. Fedoseyev's employment aware of his creation and ownership of CNSPACK, but never obtained a license to use CNSPACK.

9. During the course of his employment with CFD, senior officials of CFD asked Dr. Fedoseyev for permission to test CNSPACK to determine whether it would be useful in the conduct of its business, and Dr. Fedoseyev agreed to allow it to do so for internal testing purposes only, and on the condition that CFD would reach agreement with him on the payment of a reasonable license fee for any use of CNSPACK in or with software applied to serve CFD's customers. He never gave CFD permission to use CNSPACK for the purpose of fulfilling its obligations to government or commercial customers, or to market or provide its services using CNSPACK.

10. During the course of his employment with CFD senior officials advised Dr. Fedoseyev that they desired to utilize CNSPACK in the course of providing services needed for projects for which CFD had received contract awards, and promised him CFD would compensate him for a license to use his software. CFD did integrate CNSPACK into its own software library, which it used on projects with Dr. Fedoseyev's knowledge, but failed to secure a license or to compensate him as promised. When Dr. Fedoseyev brought this fact to the attention of his superiors at CFD they further assured him CFD would pay him for their use of his software; but

despite repeated promises CFD never compensated him for their use of CNSPACK, which use on the basis of information and belief continues to the present.

11. In February 2015, after 14 years of employment, CFD terminated Dr. Fedoseyev, without providing him any reason for doing so, and without offering to provide him compensation for their past or continuing use of CNSPACK. Rather, it attempted to obtain from Dr. Fedoseyev a release of any claims he might have against it arising from his employment, which he declined to do.

12. Dr. Fedoseyev has licensed CNSPACK to other users, around the world. A reasonable annual license fee for such rights is $16,000.

## IV. CLAIMS FOR RELIEF

### COUNT I

### COPYRIGHT INFRINGEMENT

13. Plaintiff realleges, and incorporates herein by reference, the allegations contained in paragraphs 1 through 12 above of his Complaint.

14. By its actions described above Defendant, CFD, acting knowingly and willfully, infringed Plaintiff's copyright in CNSPACK.

15. By its actions CFD has caused damage to Dr. Fedoseyev, in an amount to be determined.

### COUNT II

### BREACH OF CONTRACT

16. Plaintiff realleges, and incorporates herein by reference, the allegations contained in paragraphs 1 through 15 above of his Compliant.

17. During the course of his employment, CFD promised Dr. Fedoseyev that it would compensate him by paying him a reasonable fee for the use of CNSPACK. CFD failed to honor that promise but rather, acting in violation of its contract obligations and in violation of the covenant of good faith and fair dealing implied in its contractual relationship with Dr. Fedoseyev, breached its contractual obligation to him, thereby causing him injury in an amount to be determined, equivalent to a reasonable license fee for its use of CNSPACK.

**COUNT III**

**QUANTUM MERUIT**

18. Plaintiff realleges, and incorporates herein by reference, the allegations contained in paragraphs 1 through 17 above of his Complaint.

19. In its dealings with Dr. Fedoseyev CFD used Dr. Fedoseyev's CNSPACK software for its purposes and created a reasonable expectation on his part that he would receive fair compensation for the value of CNSPACK that CFD utilized, and CFD accordingly incurred an obligation to pay Dr. Fedoseyev the reasonable value for its use of CNSPACK, which it failed to do, and thus caused damage to Dr. Fedoseyev, and should be required to pay him the reasonable value of a license to use CNSPACK covering the period of its unauthorized use.

WHEREFORE, Plaintiff Alexandre Fedoseyev demands as follows:

1. That Defendant be preliminarily and permanently enjoined from reproducing, selling or using Plaintiff's computer software program CNSPACK.

2. That Defendant be required to pay Plaintiff all his damages and lost profits caused by Defendants' infringing actions, or their actions in violation of rights owed to Plaintiff, in an amount believed to be in excess of $100,000.00, along with punitive damages in an amount to be determined; and

3. That Defendant be ordered to surrender all copies of the subject computer software program CNSPACK in its possession or under their control for destruction, and remove all portions of CNSPACK from its computer systems.

4. That Defendant be required to pay Plaintiff his costs and attorney's fees incurred in bringing and prosecuting this lawsuit for copyright infringement, as provided in 17 U.S.C. § 505; and

5. That this Court order whatever further relief against Defendant this Court deems just and proper.

**JURY DEMAND**

Dr. Fedoseyev demands trial by jury on his Complaint herein.

Respectfully submitted,

HORNSBY, WATSON, HORNSBY & BLACKWELL

By: /s/ Jeffrey Blackwell
1110 Gleneagle's Drive
Huntsville, Al 35801
Office: (256) 650-5500
*Attorneys For Plaintiff*

PEACOCK MYERS, P.C.

By /s/ Jeffrey L. Squires
Jeffrey L. Squires
NM Bar No. 143015
201 Third St. NW, Suite 1340
Albuquerque, NM 87102
Office: (505) 998-6116
Fax: (505) 243-2542
Email: jsquires@peacocklaw.com
*Attorneys For Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

ALEXANDRE FEDOSEYEV

Plaintiff,

v.

Civil Case No.

CFD RESEARCH CORPORATION,

Defendants.

**VERIFICATION**

Alexandre Fedoseyev here states as follows:

I have read the Complaint herein to which my Verification is appended and made part. The facts stated therein are, to the best of my knowledge, true and correct, excepting only for any statements made on information and belief, which statements I believe to be true and correct.

I declare, this 18 day of December, 2015, under penalty of perjury, that the foregoing is to the best of my knowledge true and correct.

_______________________________

Alexandre Fedoseyev

EXHIBIT 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
**TXu 1-955-006**
**Effective Date of Registration:**
August 14, 2015

## Title

**Title of Work:** CNSPACK software for iterative solution of large sparse linear algebraic systems with preconditioning by high order incomplete decomposition

## Completion/Publication

**Year of Completion:** 2000

## Author

- **Author:** Alexandre Fedoseyev
  **Author Created:** computer program
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Alexandre Fedoseyev
106 Mandolin Dr, Madison, AL, 35758, United States

## Certification

**Name:** Alexandre Fedoseyev
**Date:** August 14, 2015

**Correspondence:** Yes
**Copyright Office notes:** Regarding deposit: special relief granted under 37 CFR 202.20(d).