UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ALEXANDRE FEDOSEYEV, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 5:15-cv-02321-HGD |
| CFD RESEARCH CORPORATION, | ) |
| Defendant | ) |

## DISMISSAL ORDER

Pursuant to plaintiff's Notice of Dismissal (Doc. 22), it is ORDERED, ADJUDGED and DECREED that this action is DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE this 16th day of December, 2016.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE